**Opinion issued July 8, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00581-CR

————————————

**LAMONTE JERMAINE HASKETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 75th District Court**
**Liberty County, Texas**
**Trial Court Case No. CR 29991**

## MEMORANDUM OPINION

On August 5, 2013, an order was signed granting appellant a new trial. The granting of a motion for new trial restores the case to its position before the former trial. *See* TEX. R. APP P. 21.9(b). This appeal was rendered moot by the order granting a new trial. *See id*.

Accordingly, we dismiss the appeal as moot. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

We direct the Clerk to issue the mandate within 10 days of the date of this opinion. *See* TEX. R. APP. P. 18.1.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.

Do not publish. TEX. R. APP. P. 47.2(b).